IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VICTORIA KORDA, | ) | CIV. NO. 23-00334 HG-RT |
| Plaintiff, | ) | |
| vs. | ) | |
| STATE OF HAWAII, ET AL., | ) | |
| Defendants. | ) | |

**ORDER DISMISSING COMPLAINT WITH PREJUDICE (ECF No. 1)**

**and**

**DENYING APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF Nos. 5 and 7)**

On August 9, 2023, Plaintiff Victoria Korda, proceeding pro se, filed a Complaint in this Court against "State of Hawaii et al." as the Defendant.

The Complaint is indecipherable. It contains unintelligible pleadings and conspiracy theories about the State of Hawaii and its employees.

The State of Hawaii, including its agencies and employees in their official capacities, is barred from suit in federal court pursuant to the Eleventh Amendment to the United States Constitution. <u>Ariz. Students' Ass'n v. Ariz. Bd. of Regents</u>, 824 F.3d 858, 865 (9th Cir. 2016); <u>Will v. Mich. Dep't of State</u>

1

Police, 491 U.S. 58, 66 (1989).

Plaintiff has filed 4 lawsuits in this District in the last month since August 3, 2023, two of which were dismissed, and one of which was dismissed as frivolous. (See Korda v. Oahu Police Correctional, 23-cv-00326 DKW-KJM).

Nothing can be done to cure Plaintiff Korda's incomprehensible pleading. 28 U.S.C. § 1915(e)(2)(B); Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Ashelman v. Pope, 793 F.2d 1072, 1078 (9th Cir. 1986) (no opportunity to amend is required where amendment would clearly be futile.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

Plaintiff's Applications to Proceed In Forma Pauperis (ECF Nos. 5, 7) are **DENIED AS MOOT.**

The Clerk of Court is **DIRECTED** to **CLOSE THE CASE.**

No additional filings may be made in this case without leave of Court except for a Notice of Appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 11, 2023.

Helen Gillmor
United States District Judge